B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re: __Joyce England Huskey__  
Debtor(s)

Case No. __3:10-bk-35538__  
Chapter __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Bank of America | **Describe Property Securing Debt:** House and Lot located at 840 Jennifer Drive, Knoxville TN 37938 |

Property will be (check one):  
☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt  ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Frontier | **Describe Leased Property:** Home Phone Contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:** Protect America | **Describe Leased Property:** Security System Contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:** US Cellular | **Describe Leased Property:** Cell Phone Contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ■ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **December 4, 2010**     Signature **/s/ Joyce England Huskey**
                                                                                                                           Joyce England Huskey
                                                                                                                           Debtor

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## TO AMENDED STATEMENT OF INTENTIONS

I, Joyce England Huskey, declare under penalty of perjury that I have read the above statement and the matters stated therein are true and correct to the best of my knowledge, information and belief.

DATED: December 4, 2010          /s/ JOYCE ENGLAND HUSKEY

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

In re: JOYCE ENGLAND HUSKEY          Case No. 10-35538
                                                             Chapter 7

        Debtor

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that true and exact copies of the foregoing Amended Statement of Intentions have been forwarded to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing (ECF) on December 4, 2010.

Patricia Foster                        (ECF)
U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Ann Mostoller,                       (ECF)
Chapter 7 Trustee
136 S. Illinois Ave
Suite 104
Oak Ridge, TN 37830

US Cellular                            (US Mail)
717 Louisville Rd
Maryville, TN 37801

                                                /s/ Zachary S. Burroughs
                                                Zachary S. Burroughs, #025896
                                                Attorney for Debtors
                                                CLARK & WASHINGTON, P.C.
                                                5401 Kingston Pike
                                                Building III Suite 610
                                                Knoxville, TN 37919
                                                (865) 281-8084
                                                cwknoxville@cw13.com

Dated: December 4, 2010